UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAGDALINA KALINCHEVA,

    Plaintiff,

    v.

JESSE NEUBARTH,

    Defendant.

_____/

No. C 14-2705 PJH

**ORDER TO SHOW CAUSE**

TO PLAINTIFF MAGDALINA KALINCHEVA:

YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING, no later than August 7, 2014, why the above-entitled action should not be dismissed pursuant to 28 U.S.C. § 1406(a) for improper venue.

Based on the allegations in the complaint and information contained in documents attached to the complaint, the court concludes that both parties to this action are domiciled in the Eastern District of California, and in addition that "a substantial part of the events or omissions giving rise to the claim occurred" there. See 28 U.S.C. § 1391(b)(1), (2). Accordingly, venue is proper in that District, not in the Northern District of California.

**IT IS SO ORDERED.**

Dated: July 24, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge